UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ECHOSTAR SATELLITE, etc., | ) | |
| | ) | |
| Appellant, | ) | 1:05-cv-316 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| COX COMMUNICATIONS, etc., | ) | ORDER DISMISSING ACTION |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff in this matter;

THIS ACTION IS DISMISSED WITHOUT PREJUDICE.

Dated: May 3, 2005                    /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1